**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL RAY HOUSEHOLDER,            *
                                    *
                        Plaintiff,  *
v.                                  *
                                    *
GERALD MCCLUNG, Sheriff, Clay       *       No. 3:11-cv-00128-SWW-JJV
County; and CLAY COUNTY SHERIFF'S   *
DEPARTMENT,                         *
                                    *
                        Defendants. *

## ORDER

The Court has reviewed the Proposed Findings and Recommended  Disposition

submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.   After

careful consideration, the Court concludes that the Proposed Findings and Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's

findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to

state a claim upon which relief may be granted.

2.      Dismissal of Plaintiff's Complaint constitutes a "strike" within the meaning of the

Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 23rd  day of August 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE