# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| MICHAEL RAY HOUSEHOLDER, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| GERALD MCCLUNG, Sheriff, Clay County; and CLAY COUNTY SHERIFF'S DEPARTMENT, | *   No. 3:11-cv-00128-SWW-JJV |
| | * |
| | * |
| | * |
| Defendants. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE