**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| MICHAEL RAY HOUSEHOLDER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| GERALD MCCLUNG, Sheriff, Clay | * | No. 3:11-cv-00128-SWW-JJV |
| County; and CLAY COUNTY SHERIFF'S | * | |
| DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE